UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES OHLSON, | ) |
| | ) No. 3:22-cv-05864-JCC-DWC |
| Plaintiff, | ) |
| | ) STIPULATED MOTION AND ORDER |
| v. | ) TO EXTEND PRETRIAL DEADLINES |
| | ) |
| STATE OF WASHINGTON, et al., | ) |
| | ) Note on Motion Calendar: |
| Defendants. | ) June 28, 2023 |
| | ) |
| | ) |
| | ) |

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and request that the Court extend the current pretrial deadlines by 2 months and 20 days. Counsel for both parties have been diligently working to complete discovery in this case and require additional time to seek and obtain evidence and schedule depositions due to delays and scheduling conflicts. A trial date has not been set for this case, and both parties have good cause for the requested extension.

| CURRENT | PROPOSED |
|---|---|
| 08/04/2023 Discovery | 10/24/2023 |

STIPULATED MOTION AND ORDER
TO EXTEND PRETRIAL DEADLINES
No. 3:22-cv-05864-JCC-DWC

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

| 09/01/2023 Dispositive motions | 11/21/2023 |
|---|---|

DATED this 28th day of June, 2023.

| | |
|---|---|
| THOMAS E. HUDSON<br>Assistant Attorney General of Washington | CIVIL RIGHTS JUSTICE CENTER, PLLC |
| */s/ Thomas E. Hudson*<br>**Thomas E. Hudson**, WSBA #46855<br>Assistant Attorney General<br>Attorney for Defendants | */s/ Darryl Parker*<br>**Darryl Parker**, WSBA #30770<br>Attorney for Plaintiff |

STIPULATED MOTION AND ORDER
TO EXTEND PRETRIAL DEADLINES
No. 3:22-cv-05864-JCC-DWC

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

**ORDER**

**THIS MATTER** having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

**IT IS ORDERED THAT** the pretrial deadlines in the above-entitled action are to be continued by 2 months and 20 days and a new scheduling order will be issued by the Court.

DATED this 30th of June, 2023.

*/s/ David W. Christel*
David W. Christel
Chief United States Magistrate Judge

STIPULATED MOTION AND ORDER
TO EXTEND PRETRIAL DEADLINES
No. 3:22-cv-05864-JCC-DWC

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183