UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES OHLSON,

          Plaintiff,

  v.

STATE OF WASHINGTON, et al.,

          Defendants.

Case No. 3:22-CV-5864-JCC-DWC

STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and request that the Court extend the current pretrial deadlines by 2 months and 7 days. The necessity for this extension arises from Mr. James Ohlson being held at Clallam County Jail, rendering him inaccessible to counsel for many months. As a result, the Defendants have been unable to conduct the deposition of Mr. Ohlson. Both parties have been working diligently to advance the discovery phase, but the unforeseen delays and scheduling conflicts have made it impracticable to meet the current pretrial deadlines. A trial date has not been set for this case, and both parties have good cause for the requested extension.

STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES - 1

| CURRENT | PROPOSED |
|---|---|
| 10/24/2023 Discovery | 12/31/2023 |
| 11/21/2023 Dispositive motions | 01/28/2024 |

DATED this 18th day of October, 2023.

Assistant Attorney General of Washington        CIVIL RIGHTS JUSTICE CENTER, PLLC

*/s/ Thomas E. Hudson*                          */s/ Darryl Parker*
**Thomas E. Hudson**, WSBA #46855               **Darryl Parker**, WSBA #30770
*Attorney for Defendants*                       *Attorney for Plaintiff*

STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES - 2

**ORDER**

**THIS MATTER** having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

**IT IS ORDERED THAT** the pretrial deadlines in the above-entitled action are to be continued by 2 months and 7 days and a new scheduling order will be issued by the Court.

Dated this 23rd day of October, 2023.

_____
David W. Christel
Chief United States Magistrate Judge

STIPULATED MOTION AND ORDER TO EXTEND PRETRIAL DEADLINES - 3