UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES OHLSON,<br><br>                Plaintiff,<br>v.<br><br>STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, LT. DELONG, and DOES 1-10, INCLUSIVE,<br><br>                Defendants. | CASE NO. 3:22-CV-5864-JCC-DWC<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE |

## I.    STIPULATION

The parties, by and through their attorneys of record, hereby stipulate and request that the Court extend the current discovery deadline by 1 month. The necessity for this extension arises from the parties' need to negotiate the logistics of Defendants' production of emails responsive to Plaintiff's discovery requests, and Defendants' need to then review and produce responsive emails. Both parties have been working diligently to advance the discovery phase,

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE - 3:22-CV-05864-JCC-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

but unforeseen delays and scheduling conflicts have made it impracticable to meet the current discovery deadlines. A trial date has not been set for this case, and both parties have good cause for the requested extension.

| **CURRENT** | **PROPOSED** |
|---|---|
| December 31, 2023 Discovery | 1/30/2024 |
| January 28, 2024 Dispositive Motions | 2/27/2024 |

DATED this 22nd day of December, 2023.

ROBERT W. FERGUSON  
Attorney General

/s Thomas Hudson  
THOMAS E. HUDSON, WSBA No. 46855  
OID # 91023  
Assistant Attorney General  
Attorney for Defendants  
Torts Division  
7141 Cleanwater Drive SW  
P.O. Box 40126  
Olympia, WA 98504-0126  
(360) 586-6300  
Thomas.Hudson@atg.wa.gov

CIVIL RIGHTS JUSTICE CENTER, PLLC

/s Darryl Parker  
DARRYL PARKER, WSBA No. 30770  
Attorney for Plaintiff

STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINE - 3:22-CV-05864-JCC-DWC

2

ATTORNEY GENERAL OF WASHINGTON  
Torts Division  
7141 Cleanwater Drive SW  
PO Box 40126  
Olympia, WA  98504-0126  
(360) 586-6300

**ORDER**

**THIS MATTER** having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

**IT IS ORDERED THAT** the pretrial deadlines in the above-entitled action are to be continued by 1 month, and a new scheduling order will be issued by the Court.

Dated this 26th day of December, 2023.

_____
David W. Christel
Chief United States Magistrate Judge

STIPULATED MOTION AND ORDER TO
EXTEND DISCOVERY DEADLINE - 3