UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES OHLSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                    Defendants. | CASE NO.  3:22-CV-5864-JCC-DWC<br><br>ORDER GRANTING MOTION TO SEAL |

This prisoner civil rights action has been referred to United States Magistrate Judge David W. Christel. Before the Court is Defendants' Motion to Seal. Dkt. 26. In their Motion, Defendants request three security videos relevant to issues in this case be filed under seal. Dkt. 26, Exs. A–C. The three videos have been saved as digital media files and submitted to the Court in the format of a single USB exhibit. Dkt. 27. Defense counsel represents he has conferred with Plaintiff's counsel about this request to seal and all parties agree the videos contain sensitive information that should be filed under seal. Dkt. 26, at 3.

ORDER GRANTING MOTION TO SEAL - 1

1     Upon agreement of the parties and for good cause shown, the Motion to Seal (Dkt. 26) is
2 granted. The Clerk of Court is directed to accept the three videos—manually filed in the format
3 of a single USB (Dkt. 27)—and place them and the USB under seal.

    Dated this 8th day of March, 2024.

_____
David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL - 2