THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES OHLSON,

                 Petitioner,

    v.

STATE OF WASHINGTON, *et al.*,

                 Respondents.

CASE NO. C22-5864-JCC

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on Petitioner's motion for leave to appeal *in forma pauperis* (Dkt. No. 47). Under the Federal Rules of Appellate Procedure, a party to a district court action who desires to appeal *in forma pauperis* must file a motion in the district court with an affidavit that: (A) shows in prescribed detail the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1). The prescribed financial detail must meet the requirements of Form 4 provided in the Rules' Appendix of Forms, which specifies that a prisoner seeking to appeal a judgment in a civil action must attach a certified financial statement from an institutional officer covering the last six months. *See* Fed. R. App. P. app. Form 4 at 3.

       Petitioner is incarcerated. (*See* Dkt. No. 47 at 8.) The affidavit in support of his motion

MINUTE ORDER
C22-5864-JCC
PAGE - 1

claims an entitlement to redress. (*See id.* at 1) ("I believe I am entitled to redress"). But it does not fulfill the other two criteria. First, all the financial details are provided by Petitioner himself. (*See id.* at 2–12). There is no certified statement from his institution. Second, petitioner does not state his issues on appeal. (*See id.* at 1). Petitioner has not complied with Rule 24(a)(1)(A) or (C).

Based on the above, the Petitioner is ORDERED to show cause why the Court should grant his motion to proceed *in forma pauperis* on appeal (Dkt. No. 47). Petitioner may do so by filing an amended motion within thirty (30) days of the issuance of this order that complies with Federal Rule of Appellate Procedure 24. If no amendment is made, the Court will deny the motion. If, in the amended motion, Petitioner fails to comply with Rule 24, the motion will also be denied.

The Clerk is DIRECTED to mail a copy of this order to Petitioner along with a copy of Form 4 of the Appendix to the Federal Rules of Appellate Procedure.

DATED this 12th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk