THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES OHLSON, | CASE NO. C22-5864-JCC |
| Petitioner, | ORDER |
| v. | |
| STATE OF WASHINGTON, *et al.*, | |
| Respondents. | |

This matter comes before the Court on Petitioner's amended motion for leave to appeal *in forma pauperis* ("IFP") (Dkt. No. 51). The Court GRANTS petitioner's motion. His affidavit establishes that he is financially eligible for IFP status. (*See id.*; *see also* Dkt. No. 52 at 5–27) (providing a financial statement from his institution of incarceration). He has met the necessary requirements of Federal Rule of Appellate Procedure 24(a)(1), and there is no evidence that the instant appeal is not taken in good faith, *see* 28 U.S.C. § 1915(a)(3).

For the foregoing reasons, Petitioner's amended motion for leave to appeal IFP (Dkt. No. 51) is GRANTED.

//
//
//
//

ORDER
C22-5864-JCC
PAGE - 1

DATED this 7th day of October 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-5864-JCC
PAGE - 2